# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL MARCADO,
    Petitioner,

v.

PA. BOARD OF PROBATION AND PAROLE, et al.,
    Respondents.

Civil Action No. 09-2932

FILED
OCT 14 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 14th day of October, 2010, after review of the Report and Recommendation of Magistrate Judge M. Faith Angell, and having received no objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**[1];

2. The petition for a writ of habeas corpus is **DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING**; and

3. There is no probable cause to issue a certificate of appealability, and a certificate is therefore **NOT GRANTED**.

                                        Pollak, J.

---

[1] For the record, the following items in the Report and Recommendation were incorrect, but they have no bearing on its legal conclusions: (a) on page 2, ¶ 7, line 1, February 1, 1998, should be February 1, 1988; (b) on page 2, ¶ 9, line 1, June 18, 1990, should be June 18, 1991; (c) on page 5, ¶ 24, line 2, "more than two" should be "less than two"; and (d) on page 5, last paragraph, December 23, 1998, should be December 29, 1993.